UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

UNITED STATES OF AMERICA *ex rel.*
DEREK LYON, et al.,

                        Plaintiffs,

     -against-

AMERICAN MEDICAL RESPONSE, et al.

                        Defendants.

------------------------------------------------------------------ X

* OCT 26 2011

BROOKLYN

04-CV-4119 (ARR)(RLM)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated September 27, 2011, from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, relator Anne Marie Ballato's retaliation claim against defendants is dismissed with prejudice for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil

1

Procedure. The Clerk of Court is directed to transmit a copy of this order via Federal Express to relator Ballato at 60 Forge Lane, Levittown, NY 17756.

SO ORDERED.   s/ Judge Allyne R. Ross

Allyne R. Ross
United States District Judge

Dated: October 26, 2011
Brooklyn, New York

SERVICE LIST:

**Qui Tam Plaintiff/Relator:**

Anne Marie Ballato
60 Forge Lane
Levittown, NY 17756